WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee, on Behalf of the Registered Holders of GSAMP Trust 2005-AHL, Mortgage Pass-Through Certificates, Series 2005-AHL*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF GSAMP TRUST 2005-AHL, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-cv-00770-KJD-NJK<br><br>**STIPULATION TO 1) LIFT STAY, 2) AMEND COMPLAINT AND 3) SET RESPONSE DEADLINE** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee, on Behalf of the Registered Holders of GSAMP Trust 2005-AHL, Mortgage Pass-Through Certificates, Series 2005-AHL ("Deutsche Bank"), and Defendant Westcor Land Title Insurance Company ("Westcor") (collectively, the "Parties"), hereby submit the following Stipulation to lift the stay, amend the Complaint, and to set Westcor's response deadline pursuant to this Court's Order [ECF No. 9]. The Parties, by and through their undersigned counsel, stipulate and agree as follows:

1. On April 29, 2020, Deutsche Bank filed its Complaint against Westcor [ECF No. 1];

1   2. Thereafter, on June 4, 2020, the Court granted the Parties' Stipulation to Stay the
2   instant action pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*,
3   Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGZ) ("*Wells
4   Fargo II*") [ECF No. 6];

5   3. On November 5, 2021, the Ninth Circuit issued its Memorandum Disposition in
6   *Wells Fargo II*, vacating the district court's decision granting dismissal of Wells Fargo's claims
7   and remanding for further proceedings. The mandate issued on November 29, 2021;

8   4. On April 27, 2022, this Court issued its Order requiring the Parties to file a
9   stipulation to lift the stay, including deadlines for Deutsche Bank to amend its Complaint [ECF
10  No. 9];

11  5. The Parties hereby agree that the stay shall be lifted;

12  6. The Parties further agree that Deutsche Bank shall have thirty (30) days from the
13  entry of the order on this Stipulation to file its amended pleading;

14  7. The Parties further agree that Westcor shall have thirty (30) days from the filing of
15  Deutsche Bank's amended pleading to file its response;

16  / / /
18  / / /
20  / / /
22  / / /
24  / / /
26  / / /
28  / / /

8. The Parties further agree that they will meet and confer and file a new proposed joint discovery plan with fourteen (14) days of this Court's order on this Stipulation.

**IT IS SO STIPULATED.**

DATED this 17th day of May, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee, on Behalf of the Registered Holders of GSAMP Trust 2005-AHL, Mortgage Pass-Through Certificates, Series 2005-AHL*

DATED this 17th day of May, 2022.

MAURICE WOOD

*/s/ Brittany Wood, Esq.*
Brittany Wood, Esq.
Nevada Bar No. 7562
8250 W. Charleston Blvd., Suite 100
Las Vegas, NV 889117
*Attorneys for Defendant, Westcor Land Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 18th day of May, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE