AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA K. BAKER, ESQ.
Nevada Bar No. 15172
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail:   amaurice@mauricewood.com
          bwood@mauricewood.com
          abaker@mauricewood.com

Attorneys for Defendant,
Westcor Land Title Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF GSAMP TRUST 2005-AHL, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>  Plaintiff,<br><br>  vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. 2:20-cv-00770-KJD-NJK<br><br>EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST |

### EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST

The undersigned law firm hereby submits this Motion for Removal from CM/ECF Service list as to Elizabeth E. Aronson, Esq.

### MEMORANDUM OF POINTS AND AUTHORITIES

Request is hereby made that Elizabeth E. Aronson Esq. be removed from the CM/ECF service list in this case. Amanda K. Baker has been re-assigned as the associate of record for this case.

1  Therefore, the undersigned hereby submits this Motion and requests that Ms. Aronson be
2  removed from the CM/ECF service and that Notices no longer be served by electronic means to
3  the following e-mail address: earonson@mauricewood.com.

4  DATED this 13th day of March, 2024.

MAURICE WOOD

By /s/ Amanda K. Baker
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
AMANDA K. BAKER, ESQ.
Nevada Bar No. 15172
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117

*Attorneys for Defendant, Westcor Land Title Insurance Company*

DATE: 03/13/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE