| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Darren T. Brenner, Esq. |
| 2 | Nevada Bar No. 8386 |
| | Yanxiong Li, Esq. |
| 3 | Nevada Bar No. 12807 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| | Las Vegas, NV 89117 |
| 5 | (702) 637-2345; Fax: (702) 946-1345 |
| | dbrenner@wrightlegal.net |
| 6 | yli@wrightelegal.net |
| 7 | *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee, on behalf of the Registered Holders of GSAMP Trust 2005-AHL, Mortgage Pass-Through Certificates, Series 2005-AHL* |
| 8 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 11 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF GSAMP TRUST 2005-AHL, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL, | Case No.: 2:20-cv-00770-KJD-NJK |
| | | |
| | Plaintiff, | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| | vs. | |
| | WESTCOR LAND TITLE INSURANCE COMPANY, | |
| | Defendant. | |

PLEASE TAKE NOTICE that Plaintiff, Deutsche Bank National Trust Company, as Trustee, on behalf of the Registered Holders of GSAMP Trust 2005-AHL, Mortgage Pass-Through Certificates, Series 2005-AHL and Defendant, Westcor Land Title Insurance Company, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

1    IT IS HEREBY STIPULATED AND AGREED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), any and all claims in this action shall be dismissed WITH PREJUDICE.

IT IS FURTHER STIPULATED AND AGREED that each party shall be responsible for its own fees and costs.

IT IS SO STIPULATED.

DATED this 30th day of April, 2024.                    DATED this 30th day of April, 2024.

WRIGHT, FINLAY & ZAK, LLP                              MAURICE WOOD

/s/ Yanxiong Li, Esq                                   /s/ Brittany Wood, Esq.
Yanxiong Li, Esq.                                      Aaron R. Maurice, Esq.
Nevada Bar No. 12807                                   Nevada Bar No. 6412
7785 W. Sahara Ave., Suite 200                         Brittany Wood, Esq.
Las Vegas, NV 89117                                    Nevada Bar No. 7562
*Attorney for Plaintiff Deutsche Bank National*        8250 West Charleston Blvd., Suite 100
*Trust Company, as Trustee, on behalf of the*          Las Vegas, NV 89117
*Registered Holders of GSAMP Trust 2005-*              *Attorneys for Defendant, Westcor Land Title*
*AHL, Mortgage Pass-Through Certificates,*             *Insurance Company*
*Series 2005-AHL*

**ORDER**

IT IS SO ORDERED.

DATED: 05/09/2024

_____
UNITED STATES DISTRICT JUDGE